UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JENNIFER WALTON,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF NEVADA,<br><br>    Defendant. | Case No. 2:24-cv-02235-CDS-EJY<br><br>**ORDER** |

      Pending before the Court is Plaintiff's application to proceed *in forma pauperis* ("IFP") and initiating document. ECF Nos. 1, 1-2. Plaintiff's IFP application is complete and demonstrates her inability to pay the filing fee necessary to commence a civil action. However, Plaintiff's initiating document is not compliant with Local Special Rule (LSR) 2-1, which states: "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form."

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is GRANTED.

      IT IS FURTHER ORDERED that Plaintiff's initiating document (ECF No. 1-2) is not a complaint and not submitted on the Court's form. The initiating document does not otherwise contain substantially all the information called for on the Court's form. Thus, the initiating document is not treated as a complaint.

      IT IS FURTHER ORDERED that the Clerk of Court **must** send Plaintiff the form Civil Rights Complaint together with the information and instructions for filing the same.

1  IT IS FURTHER ORDERED that Plaintiff **must** file a Complaint on the Court's form no later than **January 17, 2025**. Failure to do so will result in a recommendation that this matter be dismissed in its entirety without prejudice.

Dated this 9th day of December, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE